JS-6

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA – CENTRAL DISTRICT

| | |
|---|---|
| JEFFREY ELLENBURG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ENGINEERED FLOORS, LLC, a Georgia limited liability company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:18-cv-00870 R(GJSx)<br><br>Assigned for All Purposes to:<br>Judge Manuel L. Real<br><br>**ORDER RE STIPULATION TO REMAND ACTION TO STATE COURT** |

Pursuant to the Parties' stipulation, **IT IS HEREBY ORDERED** that:

1. This action is remanded to the California Superior Court in and for the County of San Bernardino; and

2. The remand of this action is without prejudice to Defendant Engineered Floors, LLC removing the action to federal court at a later time in accordance with law.

**IT IS SO ORDERED**.

Dated: May 21, 2018

_____
HONORABLE MANUEL L. REAL
United States District Court Judge